No. 00–10550.   COLLIER *v.* NORTH CAROLINA DEPARTMENT OF CORRECTION ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 00–10551.   BROOKS *v.* BATTLE, WARDEN.   C. A. 11th Cir. Certiorari denied.

No. 00–10552.   AMAYA *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 00–10553.   MOXLEY *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 00–10554.   CASEY *v.* GREINER, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY.   C. A. 2d Cir.   Certiorari denied.

No. 00–10555.   CARTER *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.   Certiorari denied.

No. 00–10556.   DITTON ET AL. *v.* MORRISON ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 00–10557.   HOLLOMAN *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 00–10559.   BRACETTY *v.* FLORIDA.   Dist. Ct. App. Fla., 4th Dist.   Certiorari denied.

No. 00–10560.   BRIZUELA-PAZ *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 00–10561.   ANDREWS *v.* CORTEZ ET AL.   C. A. 9th Cir. Certiorari denied.

No. 00–10562.   FARMER, AKA KING *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 00–10563.   INFINITY *v.* JONES ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 00–10564.   HOLLOMAN *v.* UNITED STATES.   Ct. App. D. C. Certiorari denied.

No. 00–10566.   SALCEDO FREGOSO *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.